People ex rel. Bazile v Toulon (2024 NY Slip Op 05041)

People ex rel. Bazile v Toulon

2024 NY Slip Op 05041

Decided on October 11, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 11, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
LINDA CHRISTOPHER
BARRY E. WARHIT
JANICE A. TAYLOR, JJ.

2024-09886

[*1]The People of the State of New York, ex rel. Pierre Bazile, on behalf of Aaron Vasquez, petitioner,
v
Errol D. Toulon, Jr., etc., et al., respondents.

Cassar Law Firm, P.C., Huntington, NY (Pierre Bazile pro se of counsel), for petitioner.
Raymond A. Tierney, District Attorney, Riverhead, NY (Michelle Kaszuba of counsel), for respondents.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Aaron Vasquez upon his own recognizance or, in the alternative, to set reasonable bail upon Suffolk County Indictment No. 73188/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the County Court, Suffolk County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DUFFY, J.P., CHRISTOPHER, WARHIT and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court